# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 217 MAL 2015
:
          Respondent      :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.           :
:
:
:
GREG LEE,            :
:
          Petitioner      :


COMMONWEALTH OF PENNSYLVANIA, : No. 283 MAL 2015
:
          Respondent      :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.           :
:
:
:
ANTONIO MICHAEL STAUFFER,  :
:
          Petitioner      :


COMMONWEALTH OF PENNSYLVANIA, : No. 350 MAL 2015
:
          Respondent      :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.           :
:
:
:
DAYMOND SWARTZ,       :
:
          Petitioner      :


## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.